UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENENSSEE
MEMPHIS DIVISION

UNITED STATES OF AMERICA
upon the relation and for the use of the
TENNESSEE VALLEY AUTHORITY,
Plaintiff,

v.                                                                                      No. _____

A TEMPORARY RIGHT TO ENTER
UPON LAND IN CHESTER COUNTY,
TENNESSEE, and
HUNTER FAULKNER,
REBECCA FAULKNER, his wife,
Defendants.

## **COMPLAINT**

1. This is an action of a civil nature brought by the United States of America upon the relation and for the use of the Tennessee Valley Authority for the taking of a temporary right under the power of eminent domain and for the ascertainment and award of just compensation to the owners and parties in interest.

2. The authority for the taking is the Tennessee Valley Authority Act of 1933, *as amended*, 16 U.S.C. §§ 831 et seq.

3. The public use for which the temporary property right is taken is the conducting of surveys, core drilling, environmental studies, appraisals, title investigations, and related activities for the acquisition of an easement and right-of-way for the erection, operation, and maintenance of electric power transmission circuits and communication circuits.

4. The right to be acquired is a temporary right to enter upon land designated in the records of the Tennessee Valley Authority as tract number WLJC-1000-TE for the purpose of conducting surveys, core drilling, appraisals, title investigations, and related activities to

1

determine what portion of said land or interest therein is necessary for the erection, operation, and maintenance of electric power transmission circuits and communication circuits, the Plaintiff to remain liable for damage to annual crops and other actual property damage resulting directly from the operations of Plaintiff's forces in the conduct of such activities upon said land.

5. The land affected by the temporary right herein condemned is located in Chester County, Tennessee, identified as parcel number 017-008.05, in the office of the Tax Assessor of said county and state, and described in a deed recorded in Record Book 438, page 592, in the office of the Register of Chester County, Tennessee, which description is incorporated herein by reference and made a part hereof.

6. Hunter Faulkner and Rebecca Faulkner, his wife, own the property in fee simple as tenants by the entirety by virtue of said deed.

7. A Declaration of Taking is being filed contemporaneously herewith.

WHEREFORE, the Plaintiff demands that:

(1) An Order be issued putting the Tennessee Valley Authority as agent of the United States of America into immediate possession of the property condemned.

(2) Just compensation for the temporary property right taken be ascertained in accordance with Rule 71.1(h) of the Federal Rules of Civil Procedure.

(3) A Judgment be entered confirming the vesting of title to the interests sought to be condemned in the United States of America by virtue of the Declaration of Taking filed herewith.

  (4)  The Plaintiff have such other relief as may be lawful and proper.

               Respectfully submitted,

               *s/Christopher W. Sanders*
               James S. Chase (TN BAR 020578)
               Christopher W. Sanders (TN BAR 025671)
               TVA GENERAL COUNSEL'S OFFICE
               400 West Summit Hill Drive
               Knoxville, Tennessee 37902-1401
               Telephone  865.632.7007
               Email  cwsanders1@tva.gov

               Attorneys for Plaintiff

110124653